UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 21  P 2: 01
US DISTRICT COURT
BRIDGEPORT CT

TIMMI BAURO

V                                      3:02CV1936 JCH

K.B. TOYS

## JUDGMENT

Notice having been sent to counsel of record on October 10, 2003, pursuant to L.R. 41(b) (16(b)) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before November 5, 2003, and no closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b) (16(b)), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 21st day of November, 2003.

KEVIN F. ROWE, Clerk

_____
Deputy Clerk

ENTERED ON DOCKET_____