FILED

2003 DEC 29  P 2: 18

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TIMMI BAURO,                                    :        CIVIL ACTION NO.
        PLAINTIFF,                              :        3:02CV1936(JCH)
                                   :
VS.                                             :
                                   :
K·B TOYS,                                       :
        DEFENDANT.                              :        DECEMBER 11, 2003

## STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TIMMI

BAURO, and Defendant, K.B. TOYS, that the within action shall be, and the same hereby is,

dismissed against Defendant, K.B. TOYS, in its entirety and with prejudice and without costs

and attorneys' fees to either party.

Willinger, Willinger & Bucci, P.C.          Tyler, Cooper & Alcorn, LLP
Attorney for Plaintiff                      Attorney for Defendant
Timmi Bauro                                 K.B. Toys

By: _____                 By: _____
      Thomas W. Bucci                            Lori B. Alexander
      Federal Bar #ct07805                       Federal Bar #ct08970

Dated: 12-29-03                             Dated: Dec. 26, 2003