02CV1936STIPDISM

2003 DEC 29 P 2: 18

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMMI BAURO,<br>    PLAINTIFF, | CIVIL ACTION NO.<br>3:02CV1936(JCH) |
| VS. | |
| K·B TOYS,<br>    DEFENDANT. | DECEMBER 11, 2003 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TIMMI BAURO, and Defendant, K.B. TOYS, that the within action shall be, and the same hereby is, dismissed against Defendant, K.B. TOYS, in its entirety and with prejudice and without costs and attorneys' fees to either party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C.<br>Attorney for Plaintiff<br>Timmi Bauro | Tyler, Cooper & Alcorn, LLP<br>Attorney for Defendant<br>K.B. Toys |
| By: _____<br>Thomas W. Bucci<br>Federal Bar #ct07805 | By: _____<br>Lori B. Alexander<br>Federal Bar #ct08970 |
| Dated: 12-29-03 | Dated: Dec. 26, 2003 |